

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-17-00114-CR

| | | |
|---|---|---|
| Patricia Annette Flores | § | From the 396th District Court |
| | § | of Tarrant County (1452459D) |
| v. | § | March 29, 2018 |
| | § | Opinion by Justice Kerr |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS


By __/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr